UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL GARCIA,

                    Petitioner,

-against-

BRANDON SMITH,

                    Respondent.

19-CV-10202 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 12, 2019, denying the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   November 12, 2019
           New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge